UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN, NEW JERSEY

JOSEPH VERTUCCI *also known as* THOMAS TOMMI :

        Plaintiff(s) :       **JUDGMENT**

  (vs) :

                           Civil #09-3351 (RBK)

BAYSIDE STATE PRISON, ET AL. :

:

        Defendant(s)

---

The Hon. John W. Bissell, Special Master, appointed by this Court having found on April 23, 2010 and no timely objection having been filed,

IT IS, on this 2ʳᵈ day of August, 2010

ORDERED that the report of Hon. John W. Bissell dated April 23, 2010 is hereby affirmed and Judgment of No Cause For Action be entered in favor of **defendants Bayside State Prison, et al.** and against **plaintiff Joseph Vertucci** *also known as* **Thomas Tommi**.

                                                  _____
                                                  HON. ROBERT B. KUGLER, U.S.D.J.